Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Emily D. Anderson, Esq.
Nevada Bar No. 13814
Schwartz Law, PLLC
601 E. Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887
Attorneys for *Plaintiffs*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-10942-MKN |
| J&J CONSULTING SERVICES, INC., | Chapter 11 |
| Alleged Debtor. | |
| _____ | |
| ANTHONY BONIFAZIO, an individual; KEITH OZAWA, an individual; JANELLE OZAWA, an individual; and BRIAN SCHUMANN, an individual | Adv. Proceeding No.: 22-01061-MKN |
| Plaintiffs, | |
| v. | |
| JEFFREY J. JUDD, an individual; JENNIFER R. JUDD, an individual; JEFFREY J. JUDD AND JENNIFER J. R. JUDD, AS TRUSTEES OF JUDD NEVADA TRUST, DATED DECEMBER 15, 2020, a Nevada trust; J & J CONSULTING SERVICES, INC., an Alaska corporation; MATTHEW BEASLEY, an individual; PAULA BEASLEY, an individual; BEASLEY LAW GROUP PC, a Nevada Professional Corporation; SHANE M. JAGER, an individual, WILLOW A. JAGER, an individual; KARSEN D. JAGER, an individual; SHANE M. JAGER AND WILLOW A. JAGER, AS TRUSTEES OF JAGER FAMILY TRUST, DATED JUNE 30, 2003, AMENDED JUNE 30, 2009, a Nevada trust; STIRLING CONSULTING L.L.C., a | |

Nevada limited liability company; JASON )
JONGEWARD, an individual; JOHN )
CANNON, AS TRUSTEE OF THE )
CAROLINA CHASE TRUST, DATED __, a )
California trust; and DOES 1 through 100, and )
ROES 1-100; inclusive, )
                                                                     )
      Defendants, )
                                                                     )
  and )
                                                                     )
J & J CONSULTING SERVICES, INC., a )
Nevada corporation; J and J PURCHASING, )
LLC, a Nevada limited liability company, )
                                                                     )
     Nominal Defendants. )

_____

## NOTICE OF LIS PENDENS

TO: All Persons Claiming an Interest in the Real Property as Described Herein:

  NOTICE IS HEREBY GIVEN, pursuant to NRS § 14.010, that a Complaint has been filed in the above-titled Court by the foregoing Plaintiff against the above-named Defendants with respect to the real property commonly known as 8 Twisted Rock Court, Nevada 89012, Assessor Parcel No. 178-33-510-037 (the "**Property**") and more particularly described as follows:

  **SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF**

  The above-entitled action concerns and affects the above-referenced Property.

DATED: April 1, 2022

/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Emily D. Anderson, Esq.
Nevada Bar No. 13814
Schwartz Law, PLLC
601 E. Bridger Avenue
Las Vegas, Nevada 89119
*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system on April 1, 2022, to the following:

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via REGULAR MAIL on April 1, 2022, to the following:

J&J Consulting Services, Inc.
c/o its Registered Agent
Nevada Corporate Agent Services, Inc.
2700 E. Sunset Road, Ste. 9
Las Vegas, NV 89120

J&J Consulting Services, Inc.
c/o Jennifer Judd, Secretary
9 Sky Arc Court
Henderson, NV 89012

J and J Purchasing, LLC
c/o its Registered Agent
Northwest Registered Agent, LLC
7901 4th Street North
Suite 300
St. Petersburg, FL 33702

Matthew Beasley
5475 Ruffian Road
Las Vegas, NV 89149

Paula Beasley
5475 Ruffian Road
Las Vegas, NV 89149

Beasley Law Group
3090 South Durango Drive
Suite 200
Las Vegas, NV 89117

Karsen D. Jager
16 Paradise Valley Court
Henderson, NV 89052

Willow A. Jager
16 Paradise Valley Court
Henderson, NV 89052

Jeffrey J. Judd and
Jennifer R. Judd as
Trustees of Judd Nevada Trust
Dated December 15, 2020
9 Sky Arc Court
Henderson, NV 89012

John Cannon, as Trustee of
The Carolina Chase Trust
15165 Ventura Blvd., Ste. 230
Sherman Oaks, CA 91403

Jason Jongeward
6311 W. Crest View Lane
Cheney, WA 99004

Jeffrey J. Judd
9 Sky Arc Court
Henderson, NV 89012

Jennifer R. Judd
9 Sky Arc Court
Henderson, NV 89012

Shane M. Jager and
Willow A. Jager, as Trustees of
Jager Family Trust, Dated June 30, 2003
And Amended June 30, 2009
16 Paradise Valley Court
Henderson, NV  89052

Stirling Consulting LLC
c/o its Registered Agent
Shane Jager
6785 S. Eastern Avenue
Unit 8
Las Vegas, NV  89119

/s/ Susan Roman
Susan Roman, an employee of
SCHWARTZ LAW, PLLC

**EXHIBIT A**

**Legal Description**

All that certain real property situated in the City of Henderson, County of Clark, State of Nevada, and described as follows:

Lot 170 in Block 6 of the Amended Map of Ascaya (fka Crystal Ridge) Phase 1, a Common Interest Community, on file in Book 141 of Plats, page 92, in the Office of the County Recorder, Clark County, Nevada, as amended by Certificate of Amendment Recorded October 14, 2014 in Book 20141014 as Instrument No. 0000868, Official Records, Clark County, Nevada Recorder.

APN: 178-33-510-037