_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 04, 2022

_____

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
aagelakopoulos@nvfirm.com
Emily D. Anderson, Esq.
Nevada Bar No. 13814
eanderson@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for the Plaintiffs*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 22-10942-MKN |
| J & J CONSULTING SERVICES, INC., | Chapter 11 – Involuntary |
| Alleged Debtor. | |
| ANTHONY BONIFAZIO, an individual; KEITH OZAWA, an individual; JANELLE OZAWA, an individual; and BRIAN SCHUMANN, an individual | Adv. Proceeding No.: 22-01061-MKN |
| Plaintiffs, v. | |
| JEFFREY J. JUDD, an individual; JENNIFER R. JUDD, an individual; JEFFREY J. JUDD AND JENNIFER J. R. JUDD, AS TRUSTEES OF JUDD NEVADA TRUST, DATED | Hearing Date:  April 15, 2022<br>Hearing Time:  10:00 a.m. |

1

| | |
|---|---|
| DECEMBER 15, 2020, a Nevada trust; J & J CONSULTING SERVICES, INC., an Alaska corporation; MATTHEW BEASLEY, an individual; PAULA BEASLEY, an individual; BEASLEY LAW GROUP PC, a Nevada Professional Corporation; SHANE M. JAGER, an individual, WILLOW A. JAGER, an individual; KARSEN D. JAGER, an individual; SHANE M. JAGER AND WILLOW A. JAGER, AS TRUSTEES OF JAGER FAMILY TRUST, DATED JUNE 30, 2003, AMENDED JUNE 30, 2009, a Nevada trust; STIRLING CONSULTING L.L.C., a Nevada limited liability company; JASON JONGEWARD, an individual; JOHN CANNON, AS TRUSTEE OF THE CAROLINA CHASE TRUST, DATED __, a California trust, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| J & J CONSULTING SERVICES, INC., a Nevada corporation; J and J PURCHASING, LLC, a Nevada limited liability company, | ) ) ) ) |
| Nominal Defendants. | ) ) ) |

### *EX PARTE* ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

Plaintiffs Anthony Bonifazio, Keith Ozawa, Janelle Ozawa, and Brian Schumann (collectively, the "**Plaintiffs**"), by and through their counsel of record, the law firm of Schwartz Law, PLLC, filed the *Ex Parte Motion for Order Shortening Time on Motion for Preliminary Injunction and Temporary Restraining Order* (the "**Motion**"),[1] pursuant to Section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006.

The Court reviewed and considered the Motion, the Declaration of Samuel A. Schwartz, Esq.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

(the "**Schwartz Declaration**") filed in support of the Motion, the Attorney Information Sheet, and all other pleadings and papers in the record of these Chapter 11 Cases and adversary proceeding, of which the Court takes judicial notice under Fed. R. Evid. 201.

Having concluded that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 1001(b)(1); the Motion is a core proceeding under 28 U.S.C. § 157(b); venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; due and sufficient notice of the Motion was given or attempted to be given pursuant to the information in the Attorney Information Sheet, and no other or further notice need be given; and after due deliberation thereon, and good and sufficient cause appearing therefor,

**IT IS HEREBY ADJUDGED, ORDERED, AND DECREED AS FOLLOWS:**

1. The Motion is **GRANTED** as set forth herein.

2. The hearing on the Motion for PI & TRO will be held before the Honorable United States Bankruptcy Judge Mike K. Nakagawa, in the Foley Federal Building; 300 Las Vegas Boulevard South; Las Vegas, Nevada 89101, in Courtroom 2, on April 15, 2022, at the hour of 10:00 a.m.

3. Any responses or oppositions to the Motion for PI & TRO shall be due on or before noon on April 12, 2022.

4. Any replies to any oppositions to the Motion for PI & TRO shall be due on or before noon on April 14, 2022.

5. Plaintiffs must serve true and correct copies of the notice of entry of this Order and the Motion for PI & TRO on or before April 06, 2022.

/ / /

/ / /

/ / /

/ / /

3

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Order.

**IT IS SO ORDERED.**

                          Respectfully submitted by:

By: */s/ Samuel A. Schwartz*
     Samuel A. Schwartz, Esq.
     Nevada Bar No. 10985
     Athanasios E. Agelakopoulos, Esq.
     Nevada Bar No. 14339
     Emily D. Anderson, Esq.
     Nevada Bar No. 13814
     SCHWARTZ LAW, PLLC
     601 East Bridger Avenue
     Las Vegas, Nevada 89101

*Attorneys for the Plaintiffs*

###